IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES HUMBLE, JR.                                                            PLAINTIFF
ADC # 117144

v.                          Case No. 5:13-cv-00345-KGB-JJV

ARKANSAS COUNTY
DETENTION CENTER, et al.                                     DEFENDANTS

## ORDER

The Court has reviewed the proposed findings and recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 10). No objections have been filed. After careful consideration, the Court concludes that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Defendants James A. Tucker and Jim Tucker are the same person, so the Clerk shall terminate Jim Tucker.

2. Defendants Arkansas County Jail and Sabrina Greer are dismissed without prejudice pursuant to James Humble, Jr.'s, amended complaint.

3. Mr. Humble's claims against defendants Robbie Fread and James A. Tucker are dismissed without prejudice for failure to state a claim upon which relief may be granted.

4. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 9th day of June, 2014.

                                                                        Kristine G. Baker
                                                                        United States District Judge