IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES HUMBLE, JR.**  **PLAINTIFF**
**ADC # 117144**

v.　　　　　　　Case No. 5:13-cv-00345-KGB-JJV

**ARKANSAS COUNTY**
**DETENTION CENTER, et al.**　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

SO ORDERED this 9th day of June, 2014.

_____
Kristine G. Baker
United States District Judge